# EXHIBIT A-1

Plaintiff's Correspondence

Dispute Letter

To: TransUnion
TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

Name: Christopher Jeffrey Williams
D.O.B.
Address:

SSN:

Dear TransUnion,

The Credit Report provided to me by your agency is reported with inaccurate information. There are items that I believe are fallibly reported, as a result I ask you to make all the necessary corrections. I am aware of the fact that according to the current legislation, once the credit bureau receives a dispute letter, it must be verified and properly adjusted. Below are the accounts that must be verified:
You reported inaccurately the account US DEPT ED (Date opened: Dec 16, 2004; Highest Balance: $5,467). You stated that this account was transferred and it is also provided with Balance of $0 amount, but in this case it can't be presented as an account 120-149 days past due. Please verify this information. I dispute this account.
You provided incorrect information for the account NELNET LNS (Date opened: Mar 28, 2005; Highest Balance: $875). Since this account has $0,00 Balance and it has been closed, the 120 Days Late Payment Status is incorrect. I dispute this entire account.
The account NELNET LNS (Date opened: Dec 06, 2004; Highest Balance: $2,625) is reported inaccurately. Your agency should not be reporting a 120 days past due Payment Status for this account, since it is closed with $0.00 Balance. This is the reason why I dispute this account.
You stated incorrectly the account NELNET LNS (Date opened: Oct 17, 2005; Highest Balance: $5,000). You provided inaccurately the Payment Status of 120 past due. It is a mistake because this account is presented as closed with $0.00 balance amount. I dispute this account because of this mistake.
The account NELNET LNS (Date opened: Sep 11, 2006; Highest Balance: $5,500) is provided with inaccurate information. Due to the fact that this account is reported as being closed with $0.00 Balance, it is wrong to present it as an account with 120-149 days past due. I dispute this account.
Your agency reported imprecise information for the account NELNET LNS (Date opened: Oct 02, 2006; Highest Balance: $5,000). This account is reported as closed and has $0.00 Balance. Thus, it is incorrect to present it as an account 120 days past due. As a result, I dispute this account.
The account NELNET LNS (Date opened: Sep 24, 2007; Highest Balance: $1,834) was provided by you with inaccurate data. The current account is closed and is having $0.00 Balance amount, which means that it should not be presented as a 120-149 days past due account. I dispute this entire account.
For the account NELNET LNS (Date opened: Sep 24, 2007; Highest Balance: $1,668) you presented an inaccurate statement. Your agency should not be reporting a 120 days past due Payment Status for this account, since this account is closed with $0.00 Balance. I dispute this account.
The account NELNET LNS (Date opened: Apr 24, 2006; Highest Balance: $1,400) is inaccurately stated by you. Since this account has $0,00 Balance and it has been closed, the 120 days past due Payment Status represents an incorrect status. Due to this error, I dispute this account.

Exhibit A-1

I ask your agency to remove the dispute status from the account CITI (Date opened: Mar 31, 2011; Highest Balance: $11,218) since I do not want to dispute it anymore.

It is well known that the furnishers provide incorrect information, as a result, they should not be considered a source to trust. I am asking you to verify all the information that I dispute as soon as possible. I know that this matter is supposed to be resolved within the required 30-day window, as a result, I sent this dispute letter via a certified mail. You will find the driver's license, utility bill and all necessary supporting documentation that I have attached to support my claim.

*[signature]*

Warm Regards,

Christopher Jeffrey Williams



Exhibit A-1



| Customer Name | Account Number | Please Pay By | Sep 27, 2019 |
|---|---|---|---|
| CHRISTOPHER WILLIAMS | | Total Due | $ 210.11 |

Service Address

Service Period
Jul 18, 2019 – Aug 16, 2019

**Contact Us** 24 hours a day, 7 days a week

georgiapower.com

Account Number

Web Access Code
854460

Customer Service
1-888-660-5890

Power Outage Reporting
1-888-891-0938

Esta es una notificación de desconexión de servicio. Para más información, llámenos al 1-800-253-1077.

## Billing Summary

| | | |
|---|---|---|
| Previous Bill Amount | | $ 117.22 |
| Payment Received | Payment Received | - $117.22 |
| Past Due Electric Service | | 0.00 |
| Past Due Late Payment Charge - Electric | | $ 0.00 |
| Current Electric Service | | +210.11 |
| Late Payment Charge – Electric | | $0.00 |
| | **Total Due $210.11** | |

Balances unpaid 7 days after the total due date are subject to a late charge of 1.5% of the amount due or $2.00, whichever is greater.

### Payment Options

**Online** Just visit georgiapower.com/mypayment
Login to your account using the following: Account number:
Web access code: 854460

**By Mail**
Georgia Power Payments
96 Annex

### Usage Information

Total Used
1,149 kWh

Next Scheduled Read Date
On or after Sept 16, 2019

| | 1 Year Ago | Last Month | This Month |
|---|---|---|---|
| Total kWh Used | | 1,165 | 1,149 |
| Average Daily kWh | | 39 | 37 |
| Days In Billing Period | | 30 | 31 |

---

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT, MAKING SURE THE RETURN ADDRESS SHOWS IN THE ENVELOPE WINDOW.

Account Number

Please Pay By    Sept 27, 2019
Total Due    $ 210.11

☐ Correct phone number and email? Details on back.

GEORGIA POWER
A SOUTHERN COMPANY
BIN #10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374

CHRISTOPHER WILLIAMS

Mail To:
96 ANNEX
ATLANTA GA
30396-0001

19

| Total Due Summary | |
|---|---|
| Elec Service | 210.11 |
| Prev Service | 0.00 |
| Late Pymt Chg | 0.00 |
| Prev Late Pymt Chg | 0.00 |
| Prev Late Pymt Chg | 0.00 |
| **Total Due** | **$ 210.11** |

Exhibit A-1



USPS CERTIFIED MAIL
NEW YORK
NY 100
12 NOV 19

Exhibit A-1